FILED
JUL 18 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:07CR152-WHA |
| v. ) | [18 USC 922(g)(1)] |
| ) | |
| CURTIS LEE POWELL ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

Beginning from an unknown date and continuing until at least *January, 2007*, a better date unknown to the Grand Jury, in Butler County, within the Middle District of Alabama,

CURTIS LEE POWELL,

defendant herein, having been convicted of felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1) December 26, 1988 - Possession of Marijuana, in the Circuit Court of Butler County, Alabama, case number 87-49;

2) November 28, 1988 - Unlawful Sale of Cocaine, in the Circuit Court of Butler County, Alabama, case number 88-123;

did knowingly possess in and affecting commerce a firearm, to-wit: a Volunteer, 12 gauge shotgun, a better description of which is unknown to the grand jury. All in violation of Title 18, United States Code, Section 922(g)(1).

*Corrected per 9/11/07 order

A TRUE BILL:

*Deputy* *Marilynn Presley*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Verne H. Speirs*
VERNE H. SPEIRS
Assistant United States Attorney