**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: July 24, 2007

DIGITAL RECORDING: 2:51 - 2:56

- [x] INITIAL APPEARANCE
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: WALLACE CAPEL, JR    DEPUTY CLERK: Wanda A. Robinson

CASE NO.: 2:07cr152-WHA    DEFT. NAME: Curtis Lee Powell

USA: Verne Speirs    ATTY: Donnie Bethel

USPTSO/USPO: Terrance Marshall    Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO

Defendant ____ does ____ does NOT need an interpreter; NAME _____

- [x] Kars.    Date of Arrest 7/24/07    or    karsr 5
- [x] kia.    Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator
- [x] Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- [x] koappted    ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- [ ] 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- [ ]         Deft. Advises he will retain counsel. Has retained _____
- [ ]         Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- [ ]         Government's WRITTEN Motion for Detention Hrg. filed.
- [ ]         DETENTION HRG ☐ held; [x] set for 7/27/07 @ 8:30 ; ☐ Prelim. Hrg ☐ Set for ____
- [ ] kotempdtn.    ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- [ ] kbnd.    ☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
                 ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] Loc.(LC)    Bond NOT executed. Deft to remain in Marshal's custody
- [ ] ko.    Deft. ORDERED REMOVED to originating district
- [ ] kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- [✓]         Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered.
              **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED**
              Trial Term 9/17/07 ; [x] PRETRIAL CONFERENCE DATE: 8/27/07
              DISCOVERY DISCLOSURES DATE: provided
- [ ] Krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.    Identity/Removal Hearing set for _____
- [ ] Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**