IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-152-WHA |
| | ) | |
| CURTIS LEE POWELL | ) | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____    10 + year crime of violence (18 U.S.C. § 3156)

_____    10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

_____    Maximum sentence of life imprisonment or death

_____    10 + year drug offense

_____    Felony, with two prior convictions in the above categories

_____    Felony involving a minor victim

_____X_____    Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____    Failure to register as a sex offender (18 U.S.C. § 2250)

_____    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

2.    <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

_____X_____        Defendant's appearance as required

_____        Safety of any other person and the community

3.    <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

_____        Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

_____        Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____        Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____        Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

_____        Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.    <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____        At the initial appearance

_____X_____        After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this the 24th day of July, 2007.

LEURA G. CANARY
United States Attorney

VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: verne.speirs@usdoj.gov