IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL ACTION NO. |
| ) | 2:07cr152-WHA |
| CURTIS LEE POWELL ) | |

**ORDER ON MOTION**

For good cause,

It is ORDERED that the Government's Motion for Detention Hearing, filed July 24, 2007, is hereby GRANTED and a detention hearing is set for **July 27, 2007 at 8:30 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, Defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 25th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE