IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-152-WHA |
| ) | |
| CURTIS LEE POWELL ) | |

**MOTION FOR LEAVE TO FILE**
**NOTICE OF INTENT TO CHANGE PLEA OUT OF TIME**

Comes now the Defendant, **Curtis Lee Powell**, by and through undersigned counsel, and requests permission of this Court to file a Notice of Intent to Change Plea Out of Time.  In support of this Motion, the Defendant would show the following:

1. The parties engaged in a plea agreement on Tuesday, August 28, 2007.

2. The prosecutor was out of town Wednesday-Friday, August 29-31, 2007 attending a conference and was unable to prepare the plea agreement before his departure, and Monday was a holiday.

3. Undersigned counsel left town on Tuesday, September 4th to return to the office on Friday, September 7th.

4. The draft plea agreement was received in the office after undersigned counsel's departure on Tuesday, September 4th.

5. Undersigned counsel was notified by telephone on today re the missed deadline to file the Notice of Intent to Change Plea.

**WHEREFORE**, for the reasons set forth above, Mr. Powell moves this Court to grant his Motion.

Dated this 6th day of September, 2007.

                                        Respectfully submitted,

                                        s/ Donnie W. Bethel
                                        DONNIE W. BETHEL
                                        Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail:don_bethel@fd.org
                                        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-152-WHA |
| | ) | |
| CURTIS LEE POWELL | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49