IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr152-WHA |
| CURTIS LEE POWELL | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Leave to File Notice of Intent to Change Plea Out of Time (Doc. #15), filed September 6, 2007, it is

ORDERED that the Motion is GRANTED.

DONE this 7th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE