# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:07-cr-152-WHA |
| ) | |
| CURTIS LEE POWELL ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, CURTIS LEE POWELL, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 6th day of September, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-152-WHA |
| | ) | |
| CURTIS LEE POWELL | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

            Respectfully submitted,

            s/ Donnie W. Bethel
            DONNIE W. BETHEL
            Assistant Federal Defender
            201 Monroe Street, Suite 407
            Montgomery, Alabama 36104
            Phone: (334) 834-2099
            Fax: (334) 834-0353
            E-mail:don_bethel@fd.org
            IN Bar Code: 14773-49