IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.: 2:07cr152-WHA |
| ) | |
| CURTIS LEE POWELL ) | |

## ORDER ON MOTION

On September 10, 2007, Court convened to take a change of plea for defendant Curtis Lee Powell. Counsel for the parties orally moved this Court to amend the indictment filed in this case on July 18, 2007 (Doc. # 1) to read January 2007 rather than September 2006 in count one of said indictment.

For good cause, it is

ORDERED that the oral motion to amend is GRANTED.

DONE this 11th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE