**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-152-WHA |
| ) | |
| **CURTIS LEE POWELL** ) | |

## MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **CURTIS LEE POWELL**, through Undersigned Counsel, Donnie W. Bethel, and moves this Court to continue the sentencing hearing in this matter until after January 1, 2008. In support of this Motion, Mr. Powell would show the following:

1. The sentencing hearing in this case is now set for December 6, 2007.

2. Undersigned Counsel will be out of the State of Alabama fulfilling his obligations with the United States Air Force Reserve from December 2, 2007, until December 21, 2007.

3. Assistant United States Attorney Verne Speirs is currently on sick leave and will not return to the United States Attorney's Office until December 17, 2007.

4. AUSA Speirs does not oppose this motion.

**WHEREFORE**, for the foregoing reasons, Mr. Powell respectfully requests that the Court continue the sentencing hearing in this case from the presently scheduled date of December 6, 2007.

Dated this 21st day of November, 2007.

                Respectfully submitted,

                s/ Donnie W. Bethel
                DONNIE W. BETHEL
                Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail:don_bethel@fd.org
                IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.: 2:07-cr-152-WHA |
| ) | |
| **CURTIS LEE POWELL** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49