IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs.                       ) | CR. NO. 2:07cr152-WHA |
| CURTIS LEE POWELL         ) | |

### ORDER

This case is before the court on the Motion to Continue Sentencing (Doc. #25) filed by the Defendant on November 21, 2007. For good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from its presently scheduled date of December 6, 2007, and RESET for Thursday, January 10, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 27th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE