IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA         )

vs.                              )   CR. NO. 2:07cr152-WHA

CURTIS LEE POWELL                )

## **ORDER**

The Defendant having withdrawn his guilty plea, it is hereby

ORDERED that this case is set for trial on February 4, 2008.

DONE this 10th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE