J6/05) Judgment in Criminal Case
t 2 — Imprisonment

Judgment — Page __2__ of __6__

DANT:      CURTIS LEE POWELL
NUMBER:    2:07cr152-001-WHA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**55 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**SEP - 4 2008**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __6-25-08__ to __FCI Cum__

at __mD__ , with a certified copy of this judgment.

J. D. Whitehead, Warden

UNITED STATES MARSHAL

By __DCA__

DEPUTY UNITED STATES MARSHAL